No. 10-1192. Cornell Jones, III, Petitioner v. Ohio.

563 U.S. 1032, 131 S. Ct. 2962, 180 L. Ed. 2d 246, 2011 U.S. LEXIS 4312.

June 6, 2011. Petition for writ of certiorari to the Court of Appeals of Ohio, Jefferson County, denied.

No. 10-1197. John C. Bolliger, Petitioner v. Jeriann Kane.

563 U.S. 1032, 131 S. Ct. 2963, 180 L. Ed. 2d 246, 2011 U.S. LEXIS 4370.

June 6, 2011. Petition for writ of certiorari to the Supreme Court of Washington denied.

No. 10-1199. Extreme Networks, Inc., Petitioner v. Enterasys Networks, Inc.

563 U.S. 1033, 131 S. Ct. 2963, 180 L. Ed. 2d 246, 2011 U.S. LEXIS 4200.

June 6, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

Same case below, 395 Fed. Appx. 709.

No. 10-1201. Maricopa County Sheriff's Department, et al., Petitioners v. Charles Edward Byrd.

563 U.S. 1033, 131 S. Ct. 2964, 180 L. Ed. 2d 246, 2011 U.S. LEXIS 4328.

June 6, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 629 F.3d 1135.

No. 10-1203. Donald Ray Eubanks, Petitioner v. Texas.

563 U.S. 1033, 131 S. Ct. 2965, 180 L. Ed. 2d 246, 2011 U.S. LEXIS 4373.

June 6, 2011. Petition for writ of certiorari to the Court of Appeals of Texas, First District, denied.

Same case below, 326 S.W.3d 231.

No. 10-1212. Melissa J. Stine, Petitioner v. Rick A. Yarnall.

563 U.S. 1033, 131 S. Ct. 2967, 180 L. Ed. 2d 246, 2011 U.S. LEXIS 4205.

June 6, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 412 Fed. Appx. 13.

No. 10-1223. Kevin P. Curry, Petitioner v. Margaret H. Marshall, Chief Justice, Supreme Judicial Court of Massachusetts, et al.

563 U.S. 1033, 131 S. Ct. 2969, 180 L. Ed. 2d 246, 2011 U.S. LEXIS 4275.

June 6, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.